UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CECIL JAMES | § | |
| | § | |
| v. | § | Civil No. 1:23-cv-00681-DII |
| | § | |
| SAMSUNG AUSTIN SEMICONDUCTOR, LLC | § | |

# **O R D E R**

The above captioned cause, having been removed to this Court on June 15, 2023 from the 345th Judicial District Court of Travis County, TX, D-1-GN-23-002561 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 21st day of June 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE