UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Cecil James, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | Case No. 1:23-CV-00681-JRN |
| § | |
| Samsung Austin Semiconductor, LLC, § | |
|    *Defendant.* § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 76. Judge Howell issued his report and recommendation on August 21, 2025. *Id.* at 4. As of the date of this order, neither party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted. Accordingly, the Report and Recommendation of the United States Magistrate Judge

(Dkt. 76) is **ADOPTED**. The Court approves the parties' proposed settlement agreement and will enter the parties' proposed final judgment in a separate order.

**SIGNED** on September 5, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE